UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRIESE SCHIFFAHRTS GmbH & CO. KG:

          Plaintiff,

- against -

ATLAS FORWARDING, S.L.

          Defendant.
------------------------------------------------------X

07 CV _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: October 10, 2007
      New York, NY

          The Plaintiff,
          BRIESE SCHIFFAHRTS GmbH & CO. KG

          By: _____
          Claurisse Campanale-Orozco (CC 3581)
          Thomas L. Tisdale (TT 5263)
          TISDALE LAW OFFICES, LLC
          11 West 42nd Street, Suite 900
          New York, NY 10036
          (212) 354-0025 – phone
          (212) 869-0067 – fax
          corozco@tisdale-law.com
          ttisdale@tisdale-law.com