```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
BRIESE SCHIFFAHRTS GmbH & Co. KG,   :
                                    :   07 Civ. 8744(VM)
                    Plaintiffs,     :
                                    :
       - against -                  :   ORDER
                                    :
ATLAS FORWARDING, S.L.,             :
                                    :
                    Defendants.     :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated October 10, 2007, the Court granted the application of plaintiff, Briese Schiffahrts GmbH & Co., KG, authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since plaintiff's Affidavit in support entered on October 16, 2007. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by January 22, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated:    New York, New York
          January 16, 2008

                                         _____
                                              VICTOR MARRERO
                                                 U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08