# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET. SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

*New York, NY · Southport, CT*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

JAN 18 2008
CHAMBERS OF
JUDGE MARRERO

January 18, 2008

<u>Via Fax (212) 805-6382</u>
The Honorable Victor Marrero
United States District Judge
United States Courthouse, Room
500 Pearl Street
New York, NY 10007

Re:    Briese Schiffahrts GmbH & Co. KG v. Atlas Forwarding S.r.L.
       Docket Number: 07 Civ. 8744

Dear Judge Marrero:

We represent Briese Schiffahrts GmbH & Co. KG in the above referenced lawsuit. We write pursuant to the Court's directive to provide Your Honor with a status update on this matter.

The Plaintiff has attached some funds of the Defendant, as recently as January 15, 2008. We have provided notice to the Defendant, who has still not appeared in the action. As result of certain information identified in these recent wire transfers, the Plaintiff is now conducting investigations to determine whether there are other entities that may have alter ego relationships with the Defendant named in the Complaint. For this reason, and because we have begun to capture funds in this matter, we respectfully request an additional 90 days to serve the Writ of Maritime Attachment and Garnishment, at which time we will provide a status report to the Court on our progress in this regard, and any other developments which may arise during this time.

Respectfully,

*Claurisse C. Orozco*
Claurisse Campanale Orozco

---

The Court acknowledges plaintiff's timely response to the Court's Order dated 1-16-08 requesting a status report on this matter. Plaintiff is directed to provide an updated report within 90 days of this Order.

**SO ORDERED:**

1-18-08
DATE

VICTOR MARRERO, U.S.D.J.