```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
BRIESE SCHIFFAHRTS GmbH & CO. KG,      :
                                       :   07 Civ. 08744 (VM)
                  Plaintiff,           :
                                       :
     - against -                       :   ORDER
                                       :
ATLAS FORWARDING, S.L.,                :
                                       :
                  Defendant.           :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated October 10, 2007, the Court granted the application of plaintiff authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since January 18, 2008. At that time the Court granted plaintiff's request for an additional 90 days to serve the attachment writ and directed plaintiff to provide a further status report within 90 days of that Order. The record has no indication that the attachment was effectuated, and the Court has not received the report it requested. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by April 22, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         16 April 2008

                              _____
                              VICTOR MARRERO
                                 U.S.D.J.