11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

April 16, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08
```

<u>Via Fax (212) 805-6382</u>
The Honorable Victor Marrero
United States District Judge
United States Courthouse, Room
500 Pearl Street
New York, NY 10007

Re:  **Briese Schiffahrts GmbH & Co. KG v. Atlas Forwarding S.r.L.**
     Docket Number: 07 Civ. 8744

Dear Judge Marrero:

    We represent Briese Schiffahrts GmbH & Co. KG in the above referenced lawsuit. We write pursuant to the Court's directive to provide Your Honor with a status update on this matter.

    As Your Honor may recall from our last report, the Plaintiff has attached funds of the Defendant, and continues to attach funds of the Defendant, though the amounts that we have attached have not fully secured the Plaintiff's claims. We have provided notice to the Defendant of the attachment, and have served them with the Complaint and other documents filed by the Plaintiff in this action.

    For this reason, and because we have captured funds in this matter, though the Plaintiff is not yet fully secured, we respectfully request an additional 60 days to serve the Writ of Maritime Attachment and Garnishment, at which time we will provide a status report to the Court on our progress in this regard, and advise as to the Plaintiff's position with respect to any further action that it may wish to take at that time.

Respectfully,

Claurisse C. Orozco
Claurisse Campanale Orozco

> Request GRANTED. The time for plaintiff herein to serve the writ attachment as authorized by the Court is extended by an additional 60 days. Plaintiff is directed to provide the Court with an updated status report on this matter within
>
> **SO ORDERED:** 60 days of the date of this Order.
>
> 4-16-08
> **DATE**    **VICTOR MARRERO, U.S.D.J.**