# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641

WWW.TISDALE-LAW.COM

*New York, NY · Southport, CT*

June 16, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08

<u>Via Facsimile (212) 805-6382</u>
The Honorable Victor Marrero
United States District Judge
United States Courthouse, Room 500 Pearl Street
New York, NY 10007

Re:  Briese Schiffahrts GmbH & Co. KG v. Atlas Forwarding S.r.L.
     Docket Number: 07 Civ. 8744
     Our file: 1757

Dear Honorable Judge Marrero:

We represent Briese Schiffahrts GmbH & Co. KG in the above referenced lawsuit. We write pursuant to the Court's directive to provide Your Honor with a status update on this matter.

The Plaintiff attached funds of the Defendant and October of 2007. We have written to our clients recommending that the action be voluntarily dismissed given the length of time that has passed in which no additional funds have been restrained. We have asked our clients to respond to us by June 27, 2008 at which time we can properly advise the Court.

Therefore, Plaintiff requests an additional two weeks in which to report whether our client has consented to file a voluntary dismissal without prejudice.

We appreciate your Honor's indulgence in this matter.

Respectfully submitted,

*Claurisse C Orozco*
Claurisse Campanale Orozco

dk

> Request GRANTED. The Writ of Maritime Attachment issued herein shall remain in effect until 6-27-08. Plaintiff shall advise the Court about the status of the matter by that date. In the event there has been no material change or plaintiff does not present sufficiently compelling reasons for extending the writ, the action shall be dismissed without prejudice
>
> SO ORDERED:
> 6-16-08
> DATE   VICTOR MARRERO, U.S.D.J.