UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRIESE SCHIFFAHRTS GmbH & CO. KG :

           Plaintiff,   :

  - against -   :

ATLAS FORWARDING, S.L.   :

           Defendant.   :
----------------------------------------------------------X



07 CV 8744 (VM)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
      June 23, 2008

By: _____
Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
corozco@tisdale-law.com

SO ORDERED.
23 June 2008

_____
U.S.D.J.   Victor Marrero

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.
SO ORDERED.
6-23-08
Date                    Victor Marrero, U.S.D.J.